IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE B. MORGAN, | : | No. 4:CV-05-995 |
| | : | |
| Plaintiff | : | (Judge Jones) |
| | : | |
| v. | : | |
| | : | |
| LACKAWANNA COUNTY COMMUNICATION CENTER, | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM AND ORDER

June 15, 2005

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

In our Order of May 18, 2005, we dismissed Plaintiff Lee B. Morgan's ("Plaintiff" or "Morgan") complaint without prejudice and provided him with twenty days to file an amended complaint which shall state a federal cause of action. We stated that if Plaintiff fails to file an amended complaint within twenty days that states a federal cause of action, then the Clerk shall close the file on this case.

As more than twenty days have elapsed and Plaintiff has failed to file an amended complaint stating a federal cause of action, the Clerk shall close the file on this case.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. As Plaintiff has failed to file an amended complaint within twenty days of our May 18, 2005 Order stating a federal cause of action, the Clerk shall close the file on this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge